[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 15, 2007
THOMAS K. KAHN
CLERK

No. 06-15634
Non-Argument Calendar

_____

D. C. Docket No. 04-02031-CV-T-27-MAP

RICHARD DIAZ,

Plaintiff-Appellant,

versus

VERIZON CLAIMS REVIEW COMMITTEE,
as Administrator of the Plan for Group Insurance,

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY, INC.,
as the Claims Administrator of the Verizon Wireless Health
and Welfare Benefits Program, VERIZON WIRELESS
EMPLOYEE BENEFITS COMMITTEE, as Plan
Administrator of the Verizon Wireless Health and Welfare
Benefits Plan,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 15 ,2007)**

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

The summary judgments entered in favor of the Appellees are affirmed for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge dated May 4, 2006, and the Order of the United States District Judge dated August 22, 2006.

**AFFIRMED.**